**MITCHELL DINNERSTEIN**
*Attorney at Law*

350 Broadway, Suite 700

New York, New York 10013

212-925-0793

(Fax) 212-625-3939

June 15, 2007

The Honorable Judge Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**RE: <u>USA V. ANA GARCIA-SANTANA</u>**
       <u>07-Cr.-378 (LAK)</u>

Dear Judge Kaplan:

    I am writing on behalf of my client, Ana Garcia-Santana to respectfully request the Court to modify his bail conditions.

    On May 21, 2007, Magistrate Judge Nathaniel Fox set bail conditions of $100,000 personal recognizance bond with $ 15,000 cash bond as well as travel restrictions to the Eastern and Southern Districts of New York. Bail was posted the next day. Ms. Garcia-Santana is seeking that the bail be modified to permit overnight and short visits to her sister, Phippe Fabian, and her adult son Edward Reynoso, who reside together in Reading, Pennsylvania. The Pennsylvania address is 411 South 5th Street, Reading, Pennsylvania 19602.

    I have spoken with Assistant United States Attorney Jocelyn Strauber and Ms. Garcia-Santana's probation officer Mildred Santana and neither of them have any objections to this bail modification.

Page 2

       Thank you for your consideration of this matter.

                Sincerely yours,

                Mitchell Dinnerstein
                Attorney for Garcia-Santana

                **SO ORDERED:**

                _____
                **HONORABLE LEWIS A. KAPLAN**
                United States District Judge

cc.:  Jocelyn Strauber, AUSA
      Southern District of New York

     Mildred Santana
     United States Probation Department