**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**



------------------------------------------------------------X

UNITED STATES,                                      :

                                    Plaintiff,      :          02 Cr. 378 (LAK)

          -against-                                 :

ANA GARCIA SANTANA, et al.,                         :          **ORDER**

                                    Defendants.     :

------------------------------------------------------------X


The Clerk of Court is hereby directed to remove Document #15 and the attached portable

document format (pdf) file from the docket of the above-captioned case.


**SO ORDERED.**

Dated: New York, New York
          July 3, 2007

                                                    _RMB_
                                          _____
                                          **RICHARD M. BERMAN, U.S.D.J.**